# In the United States Court of Federal Claims

No. 17-340C
(Filed March 13, 2017)
NOT FOR PUBLICATION

* * * * * * * * * * * * * * * * * *
                                        *
                                        *

**FCI FEDERAL, INC.,**            *

                Plaintiff,    *

    v.                    *

**THE UNITED STATES,**    *

                Defendant.  *
                                        *

* * * * * * * * * * * * * * * * * *

## ORDER

Pursuant to Rule 40.2(a)(4) of the Rules of the United States Court of Federal Claims, the Court has determined that the above-captioned case is not directly related to the earlier filed case, *FCI Federal v. United States*, 15-430C, which was assigned to the undersigned. The earlier filed case concerned a decision to override a Competition in Contracting Act stay, and became moot nearly two years ago --- prior to any substantive involvement by the Court --- due to the imposition of a stop-work order. A protest of an award is an entirely different matter. *Compare Supreme Foodservice GmbH v. United States*, 109 Fed. Cl. 369 (2013) (override case) *with Supreme Foodservice GmbH v. United States*, 112 Fed. Cl. 402 (2013) (protest of award). Accordingly, the Clerk is directed to randomly reassign this case.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge